### LAFOURCHE PARISH DEMOCRATIC COMMITTEE and Eddie J. Ste. Marie.

No. 47097.

Jan. 29, 1964.

In re: Jesse Moore Folse applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 160 La.App. 363.

Writ refused. On the facts found by the Court of Appeal the result is correct.

McCALEB, J., concurs, because the irregularities which he considers to be legally cognizable are insufficient to change the result.

■

160 So.2d 224

### STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,

v.

### GIFFORD–HILL & COMPANY, Inc.

No. 47044.

Feb. 7, 1964.

In re: State of Louisiana, through the Department of Highways, applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Webster. 158 So.2d 448.

Writ refused. On the facts found by the Court of Appeal the result is correct.

HAWTHORNE and McCALEB, JJ., are of the view that a writ should be granted to review the award of severance damages to tract 2–255 acres.

■

160 So.2d 224

### In re Investigation of Alleged Discrimination against Mrs. Lite B. BIENVENU, Applicant for Public Welfare Director II Position, St. Martin Parish.

No. 47054.

Feb. 7, 1964.

In re: The Commissioner of Public Welfare, State of Louisiana applying for certiorari or writ of review to the Court of Appeal, First Circuit. 158 So.2d 213.

Writ refused. There appears no error of law in the judgment complained of.

McCALEB, J., concurs in the denial of the application in view of the provisions of paragraph (N) (2) of Section 15 of Article 14 of the Constitution.